# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-476-630

**Effective Date of Registration:**
November 24, 2025
**Registration Decision Date:**
January 18, 2026

---

## Title

**Title of Work:** Catching my Breath

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 30, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Beth Nicholas
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Beth Nicholas
7 New Buildings, Frome, Somerset, BA11 1PB, United Kingdom

## Rights and Permissions

**Name:** Beth Nicholas
**Email:** beth@beth-nicholas.com
**Address:** 7 New Buildings, Frome
Somerset BA11 1PB United Kingdom

## Certification

**Name:** David Denholm
**Date:** November 24, 2025
**Applicant's Tracking Number:** BN2025201101

